**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Sir Albert L. Johnson,

       Petitioner,                              Civil No. 07-599 (RHK/SRN)

vs.                                             **ORDER**

M. Anderson, Warden, U.S. Parole
Commissioner, United States of America,

       Respondents.

---

Based on the undersigned's de novo review of the Report and Recommendation of Magistrate Judge Susan Richard Nelson and Petitioner's Objections thereto, **IT IS ORDERED**:

    1. Petitioner's Objections (Doc. No. 16) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 15) is **ADOPTED**;

    3. The Petition for Habeas Corpus relief (Doc. No. 1) is **DENIED**;

    4. Petitioner's Motion Giving Course Why Writ Must be Granted (Doc. No. 7) is **DENIED**;

    5. Petitioner's informal request for appointment of counsel (Doc. No. 10) is **DENIED**; and

     6.  Petitioner's Motion for Summary Judgment (Doc. No. 12) is **DENIED**.

Dated:  January 28, 2008

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge